USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RED HAWK, LLC,
                Plaintiff,

       -against-                              20-CV-9032 (VEC)

COLORFORMS BRAND LLC,                ORDER

                Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS an initial pretrial conference is scheduled for Friday, December 18, 2020, at 11:30 A.M., Dkt. 6;

    WHEREAS Plaintiff filed proof of service as to Defendant, Dkt. 7;

    WHEREAS the deadline of December 1, 2020 to answer or otherwise respond to the Complaint has elapsed, *id.*; and

    WHEREAS Defendant has not appeared or answered;

    IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against Defendant, in accordance with this Court's Individual Practices, by no later than **Wednesday, December 30, 2020**.

    IT IS FURTHER ORDERED that the initial pretrial conference scheduled for December 18, 2020 is CANCELLED.

**SO ORDERED.**

Date:  December 10, 2020                          _____
         New York, New York                       **VALERIE CAPRONI**
                                                              **United States District Judge**