
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021

## LAW OFFICES
## CINQUE & CINQUE, P. C.
355 LEXINGTON AVENUE, 8TH FLOOR
NEW YORK, NEW YORK 10017

ROBERT W. CINQUE
JAMES P. CINQUE

MEMBERS OF NY & CA BARS

TELEPHONE: (212) 759-5515
E-MAIL: CINQUE845@aol.com

October 19, 2021

VIA ECF

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: Red Hawk, LLC v. Colorforms Brand LLC, et al.
        Case No.: 20 CIV. 9032 (VEC)

Dear Judge Caproni:

    We are the attorneys for plaintiff Red Hawk LLC and are writing to request an adjournment of the November 1, 2021 conference (Docket No. 62).

    I will be out of the country on November 1st, and this is the first request for an adjournment of this conference. I have contacted defendants' counsel Nancy Mertzel, Esq., who has consented to the request.

    Ms. Mertzel and I are available all day on November 9th and from 12:00 p.m. to 5:00 p.m. on November 10th and 11th.

        Respectfully yours,

        /s/ James P. Cinque
        JAMES P. CINQUE

cc: Nancy Mertzel, Esq.
    (Via ECF Transmission)

**MEMO ENDORSED**

Application GRANTED.  The status conference, currently scheduled for Monday, November 1, 2021 at 2:00 P.M., is hereby adjourned to **Monday, November 22, 2021 at 10:30 A.M.**  The status conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

Interested members of the public may attend the status conference in person or remotely, by dialing 1-888-363-4749, using the access code 3121171 and the security code 9032. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

Date: October 19, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE