USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
RED HAWK, LLC,                                               :
                                     Plaintiff,              :
                                                             :
            -against-                                        :
                                                             :     20-CV-9032 (VEC)
                                                             :
COLORFORMS BRAND LLC, OUT OF THE                             :     ORDER
BLUE ENTERPRISES LLC, OOTB                                   :
PRODUCTIONS, INC., 9 STORY MEDIA                             :
GROUP, INC.,                                                 :
                                                             :
                                     Defendants.             :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter is currently scheduled for Tuesday, November 23, 2021 at 5:00 P.M., Dkt. 69;

IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the conference is rescheduled to **Tuesday, November 23, 2021 at 1:00 P.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

Date:  November 23, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**