USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
RED HAWK, LLC,                                                 :
                                Plaintiff,             :
                                                 :
                    -against-                                    :
                                                 :   20-CV-9032 (VEC)
COLORFORMS BRAND LLC, OUT OF THE                               :   ORDER
BLUE ENTERPRISES LLC, OOTB                                     :
PRODUCTIONS, INC., 9 STORY MEDIA                               :
GROUP, INC.,                                                   :
                                                 :
                               Defendants.            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 23, 2021, the parties appeared for a status conference.

       IT IS HEREBY ORDERED that Plaintiff must file proof of service as to Defendant 9 Story Media Group, Inc. and must move for an order to show cause why a default judgment should not be entered against that Defendant by no later than **Friday, December 3, 2021**. Any motion for an order to show cause why a default should not be entered must conform with the undersigned's Individual Practices in Civil Cases. If 9 Story Media Group, Inc. appears in this action or is dismissed before the deadline, the Court will vacate this order.

       IT IS FURTHER ORDERED that fact and expert discovery is reopened until **Friday, February 18, 2022**.

       IT IS FURTHER ORDERED that any *Daubert* motions must be filed by **Friday, March 18, 2022**, any responses in opposition are due no later than **Friday, April 15, 2022**, any replies in support are due no later than **Friday, April 29, 2022**.

       IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge, they may submit a joint letter requesting a referral.

**SO ORDERED.**

Date:  November 23, 2021
       New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**