UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED HAWK, LLC,<br><br>       Plaintiff,<br><br>   -v.-<br><br>COLORFORMS BRAND LLC, OUT OF THE BLUE ENTERPRISES LLC, and OOTB PRODUCTIONS, INC.,<br><br>       Defendants. | 20 Civ. 09032 (JHR) (SLC)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Before the Court is the Report and Recommendation of Judge Cave (ECF No. 125), recommending that the Court deny the motion for partial summary judgment filed by Defendants Colorforms Brand LLC, Out of the Blue Enterprises LLC, and OOTB Productions, Inc. (ECF No. 85). For reasons that will follow, the Report is adopted in its entirety.

  The Clerk of Court is directed to terminate ECF No. 85.

  SO ORDERED.

Dated: March 31, 2024
    New York, New York

                   _____
                   JENNIFER H. REARDEN
                   United States District Judge