UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED HAWK, LLC,

                Plaintiff,

-v-

COLORFORMS BRAND LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 9032 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Over six months have passed since the Court denied the motion for partial summary judgment (ECF Nos. 125; 129), and the parties have not moved the case forward.

Accordingly, on or before **October 16, 2024**, the parties shall file a joint status letter setting forth their interest in a settlement conference and/or whether they are prepared to proceed to trial before the Honorable Jennifer H. Rearden.

Dated:      New York, New York
             October 9, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**