LAW OFFICES

# C I N Q U E  &  C I N Q U E, P. C.

355 LEXINGTON AVENUE, 8TH FLOOR

NEW YORK, NEW YORK 10017

ROBERT W. CINQUE
JAMES P. CINQUE

TELEPHONE:  (212) 759-5515
E-MAIL: CINQUE845@aol.com

MEMBERS OF NY & CA BARS

October 21, 2024

VIA ECF

Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  Red Hawk, LLC v. Colorforms Brand LLC, et al.
        Case Number:     20 CIV 09032 (JHR)

Dear Magistrate Judge Cave:

    We are the attorneys for the plaintiff in the above captioned matter.

    We are writing to request an adjournment of the telephone conference scheduled for October 24, 2024 at 2:00 p.m. (Docket No. 132).  The reason for this request is that I will be out of the country through November 7, 2024.  This is the first request for an adjournment of this conference.

    I have spoken with Nancy J. Mertzel, Esq., counsel for the defendants, who has consented to this adjournment.  We propose November 12th or November 13th  for the adjourned proceeding.

Respectfully yours,

/s/ James P. Cinque
JAMES P. CINQUE

Plaintiff's unopposed request at ECF No. 133 is **GRANTED**.  The telephone conference currently set for Thursday, October 24, 2024 at 2:00 p.m. is **ADJOURNED** to T**uesday, November 12, 2024 at 12:00 p.m.** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 133.

SO ORDERED.   October 21, 2024

SARAH L. CAVE
United States Magistrate Judge